**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNDAYS FOR DOGS, INC.,<br><br>Defendant. | 1:2:21-cv-03633<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brian Fischler ("Plaintiff") and Sundays For Dogs, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: November 15, 2021

LIPSKY LOWE LLP

By: _____
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, New York 10017-6705
Tel: (212) 392-4772
Email: doug@lipskylowe.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: December 22, 2021

/S/ Frederic Block
_____
United States District Judge